# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 892
:
ORDER AMENDING RULE 1.99 OF THE : SUPREME COURT RULES DOCKET
PENNSYLVANIA RULES OF ORPHANS' :
COURT PROCEDURE :
:

# ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of December, 2021, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. 103(a)(3):

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 1.99 of the Pennsylvania Rules of Orphans' Court Procedure is amended in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective on January 1, 2022.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.